Lynn Douglas Hooks & Ida Pamela Hooks

√

0.00    3,648.23

B22B (Official Form 22B) (Chapter 11) (12/10)

In re _____
          Debtor(s)
0.00

Case Number: _____0.00_____
          (If known)

0.00    0.00

## CHAPTER 11 STATEMENT OF CUR

In addition to Schedule I and J, this statement must be completed by eve
Joint debtors may complete one statement only.

| 0.00 Part I. CALCULATION OF CURR |
|---|

0.00

**Marital/filing status.** Check the box that applies and complete th
  a. ☐ Unmarried. **Complete only Column A ("Debtor's Incor**
          9,843.00    0.00
  b. ☐ Married, not filing jointly. **Complete only Column A ("**
          0.00    0.00
  c. ☐ Married, filing jointly. **Complete both Column A ("Deb**
1    **Lines 2-10.**    1,211.24    0.00

All figures must reflect average monthly income received from al
the six calendar months prior to filing the bankruptcy case, endin
before the filing. If the amount of monthly income varied during
six-month total by six, and enter the result on the appropriate line

2    **Gross wages, salary, tips, bonuses, overtime, commissions.**    0.00    0.00

**Net income from the operation of a business, profession or fa**
Line a and enter the difference in the appropriate column(s) of Li
business, profession or farm, enter aggregate numbers and provid
Do not enter a number less than zero.

0.00  3

| | | |
|---|---|---|
| a. | Gross receipts    0.00 | $ |
| b. | Ordinary and necessary business expenses   0.00    0.00 | $ |
| c. | Business Income | Su |

**Net rental and other real property income.** Subtract Line b fro
difference in the appropriate column(s) of Line 4. Do not enter a

4

| | | |
|---|---|---|
| a. | Gross receipts | $ |
| | Ordinary and necessary operating expenses | $ |
| a. | Rent and other real property income | $ |

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
|---|---|---|---|---|
|  | a. |  | $ 0.00 |  |
|  | b. |  | $ 0.00 | $ 0.00 | $ 0.00 |
| 10 | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | $ 11,054.24 | $ 3,648.23 |
| 11 | **Total Current Monthly.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $ 14,702.47 | |
| | **Part VII: VERIFICATION** | | | |
| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*  <br><br>Date: June 18, 2012   Signature: /s/ Lynn Douglas Hooks  <br>*(Debtor)*  <br><br>Date: June 18, 2012   Signature: /s/ Ida Pamela Hooks  <br>*(Joint Debtor, if any)* | | | |